1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    CHRISTOPHER R. LUTE,                     CASE NO. 1:08-cv-01981-SMS PC

10                          Plaintiff,         ORDER GRANTING DEFENDANTS'
                                               MOTION FOR LEAVE TO DEPOSE
11         v.                                  PLAINTIFF BY VIDEO CONFERENCE

12   R. BEERS, et al.,                         (Doc. 20)

13                          Defendants.
     _____/
14

15         Plaintiff Christopher R. Lute, a state prisoner proceeding pro se and in forma pauperis, filed

16   this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2008, and a scheduling order

17   was issued February 9, 2010.  This action is currently in the discovery phase, and on July 9, 2010,

18   Defendants filed a motion seeking leave to depose Plaintiff by video conference.  Fed. R. Civ. P.

19   30(b)(4).

20         Good cause having been shown, Defendants' motion is HEREBY GRANTED.

21

22   IT IS SO ORDERED.

23   **Dated:    July 23, 2010**                    **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28