# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. LUTE, | CASE NO. 1:08-cv-01981-SMS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND MOTION TO AMEND |
| v. | (Doc. 23) |
| R. BEERS, et al., | |
| Defendants. | |

Plaintiff Christopher R. Lute, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2008. On July 1, 2010, Plaintiff filed a motion requesting that he be permitted to file the amended complaint he submitted to the Court on June 21, 2010. On July 8, 2010, the Court denied Plaintiff's motion, without prejudice, for failure to meet his burden as the moving party. Plaintiff filed a second motion seeking leave to amend on August 2, 2010.

Plaintiff seeks to amend his complaint to add Defendant Beer's badge number to "ensure no default" will be contended." (Doc. 23, p. 2.) It is completely unnecessary for Plaintiff to file an amended complaint to set forth Defendant Beer's badge number. Fed. R. Civ. P. 15; AmerisourceBergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006). Defendant Beer waived service and made an appearance in this action. Therefore, there is no issue pending regarding the proper identification of Defendant Beer and no need amend to include further identifying information.

///

     Accordingly, Plaintiff's motion seeking leave to file an amended complaint is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 23, 2010**                         /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE