# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. LUTE,<br><br>            Plaintiff,<br><br>    v.<br><br>R. BEERS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-01981-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN MRI<br><br>(Doc. 27) |

Plaintiff Christopher R. Lute, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2008. Pursuant to the scheduling order filed on February 9, 2010, the discovery deadline was October 9, 2010. On August 19, 2010, Plaintiff filed a motion seeking a court ordered MRI of his shoulder, lower back, and ribs pursuant to Federal Rule of Civil Procedure 34.

Rule 34 governs document production requests made during discovery. The rule pertains to the production of existing documents or records and does not authorize Plaintiff to seek the creation of documents or records. Therefore, Plaintiff's motion for an order requiring an MRI be conducted is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   November 23, 2010**               /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE

1