# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. LUTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. BEERS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01981-SMS PC<br><br>ORDER DENYING MOTION FOR LEAVE TO DEPOSE DEFENDANTS BY VIDEO CONFERENCE AND FOR THE APPOINTMENT OF A SHORTHAND REPORTER<br><br>(Docs. 28 and 29) |

Plaintiff Christopher R. Lute, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 30, 2008. Pursuant to the scheduling order filed on February 9, 2010, the discovery deadline was October 9, 2010. On August 25, 2010, Plaintiff filed a notice of the taking of Defendants' depositions and a motion seeking leave to depose them by video conference and for the appointment of a shorthand reporter.

Although the Court will assist Plaintiff in facilitating Defendants' depositions, including by video conference, Plaintiff must be able to pay the costs associated with conducting the deposition, including compensating an officer to conduct the deposition. Fed. R. Civ. P. 30. The in forma pauperis statute does not entitle Plaintiff to relief from the costs associated with conducting his own discovery. 28 U.S.C. § 1915.

Accordingly, Plaintiff's motion for leave to depose Defendants by video conference and for the appointment of a shorthand reports is HEREBY DENIED, without prejudice. If Plaintiff is able to make an offer of proof that he is willing and able to pay the costs

///

associated with deposing Defendants, he may renew his motion within thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   November 23, 2010**            /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE