# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. LUTE, | CASE NO. 1:08-cv-01981-SKO PC |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CORRECT CASE NAME |
| v. | |
| R. BEER, et al., | |
| Defendants. | |

The Clerk's Office is HEREBY DIRECTED to correct the name of the above-entitled action from R. Beers to R. Beer.

IT IS SO ORDERED.

**Dated:   October 20, 2011**                     /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE

1