# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER R. LUTE,<br><br>             Plaintiff,<br><br>      v.<br><br>R. BEER, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:08-cv-01981-SKO PC<br><br>ORDER DIRECTING CLERK'S<br>OFFICE TO CORRECT CASE NAME |

The Clerk's Office is HEREBY DIRECTED to correct the name of the above-entitled action from R. Beers to R. Beer.

IT IS SO ORDERED.

Dated:   October 20, 2011              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

1