```
                              FILED

                          JUDGMENT ENTERED

                        _____
                                Date
                        by _____A. Timken_____
                              Deputy Clerk
                           U.S. District Court
                        Eastern District of California

                        __XX___   FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

CHRISTOPHER R. LUTE,

    Plaintiff,

vs.    **JUDGMENT IN A CIVIL ACTION**

1:08-cv-01981 SKO (PC)

R. BEER, et. al.,

    Defendants.
_____/

    JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

    JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS R. Beer, S. LONGORIA AND E. TORRES, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 10/25/2011.

DATED: 10/26/2011                    VICTORIA C. MINOR, Clerk

                                            By:  /S/ Alice Timken
                                                  Deputy Clerk

jgm.civ
2/1/95